ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendants*
*Wal-Mart Stores, Inc., Wal-Mart Associates, Inc. &*
*Walmart, Inc. d/b/a Walmart #4557*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL LYONS, individually,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; WAL-MART ASSOCIATES, INC.; WALMART, INC. d/b/a WALMART #4557; ARILEX TROPICANA ASSOCIATES, LLC; JOHN DOE; CORPORATION; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00124-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1 party's own costs and attorney's fees.

DATED this 28 day of April 2021.

NAQVI INJURY LAW

_____
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147

*Attorneys for Plaintiff*
*Carol Lyons*

DATED this 29 day of April 2021.

**PHILLIPS SPALLAS & ANGSTADT LLC**

_____
14131 fc
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wal-Mart Stores, Inc., Wal-Mart Associates,*
*Inc. & Walmart, Inc. d/b/a Walmart #4557*

*Carol Lyons v. Wal-Mart Stores, Inc.*
*Case No.* **2:21-cv-00124-JCM-DJA**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED May 3, 2021.

_____
UNITED STATES DISTRICT JUDGE